# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

IRA STANLEY,

        Petitioner,

v.                                CASE NO.  5:07cv228-RH/MD

SCOTT MIDDLEBROOKS,

        Respondent.

_____/

## ORDER DISMISSING PETITION

This matter is before the court on the magistrate judge's report and recommendation (document 16), to which no objections have been filed.

The report and recommendation correctly concludes that under 18 U.S.C. § 3585(b), a defendant does not get credit on a federal sentence  for time in custody prior to imposition of the sentence, if the time was credited on another sentence. That is precisely the situation in the case at bar.

This does not mean, of course, that a federal judge cannot make a new sentence concurrent with a prior sentence as a practical matter.  If, at the time of sentencing, the judge believes the new sentence should in effect be made

concurrent with a prior sentence, the judge can impose a shorter new sentence than would otherwise be imposed.  *Cf.* U.S. Sentencing Guidelines Manual § 5G1.3(b) & cmt. n.2(D) (2007).  But when the judge does not do so, the judge in effect orders the new sentence to be served consecutively to the portion of the prior sentence that already has been served.  Because § 3585(b) is controlling and applies regardless of what the judge says or intends, what matters on this issue is what the judge does, not what the judge says or intends.

Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the further opinion of the court.  The clerk must enter judgment stating, "The petition is dismissed with prejudice."  The clerk must enter judgment and close the file.

SO ORDERED on August 26, 2008.

s/Robert L. Hinkle
Chief United States District Judge